"O"

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2011
CENTRAL DISTRICT OF CALIF.
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE EARLY,<br><br>Petitioner,<br><br>vs.<br><br>FRANCISCO QUINTANA, Warden,<br><br>Respondent. | Case No. CV 10-4615-SVW (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the recommendation of the United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein.[1] The Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

//

---

[1] On November 15, 2010, the Report and Recommendation was mailed to petitioner at his USP-Victorville address of record, but it subsequently was returned undelivered. The Report and Recommendation was then re-mailed to petitioner at USP-Coleman, his current place of confinement, and a new deadline of December 17, 2010 for the filing of petitioner's objections was set.

1

1  IT IS ORDERED that Judgment be entered denying the Petition and dismissing
2  this action with prejudice.

4  DATED: _____1/27/11_____

STEVEN V. WILSON
UNITED STATES DISTRICT JUDGE