JS-6 / ENTERED

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE EARLY,<br><br>　　　　　Petitioner,<br>　vs.<br>FRANCISCO QUINTANA,<br>Warden,<br><br>　　　　　Respondent. | Case No. CV 10-4615-SVW (RNB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 1/27/11

_____
STEVEN V. WILSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY